UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                      Plaintiff,

-against-

ACCURATE MEDICAL, P.C.,
J P MEDICAL, P.C.,
QUALITY MEDICAL HEALTH CARE
PROVIDER, P.C.,
JADAWIGA PAWLOWSKI, M.D.,
DAVID M. BURKE, M.D., and
HISHAM ELZANATY,

                      Defendants.
----------------------------------------------------------x



07-CV-0051 (ENV)(MDG)

STIPULATION AND
ORDER OF DISMISSAL

WHEREAS, State Farm Mutual Automobile Insurance Company ("State Farm") has asserted claims against Accurate Medical, P.C. ("Accurate"), JP Medical P.C. ("JP Medical"), Quality Medical Health Care Provider, P.C. ("Quality Medical"), Jadawiga Pawlowski, M.D., ("Pawlowski"), David M. Burke, M.D. ("Burke"), and Hisham Elzanaty ("Elzanaty") (State Farm, Accurate, JP Medical, Quality Medical, Pawlowski, Burke, and Elzanaty are collectively referred to as the "Parties"), in the above-captioned action; and,

WHEREAS, the Parties have resolved their dispute pursuant to a confidential Settlement Agreement entered into as of December 12, 2007 (the "Settlement Agreement"), which is incorporated herein by reference; and,

WHEREAS, all conditions necessary for the Settlement Agreement to become effective have been satisfied;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. State Farm's claims against the other Parties are hereby dismissed with Prejudice; and,

2. The Court shall retain jurisdiction over this matter for the limited purpose of enforcing the Settlement Agreement entered into by the Parties.

Dated: New York, New York
June 9, 2008

**WOLODYMYR M. STAROSOLSKY, ESQ.**

By: /s/ Wolodymyr Starosolsky
W.M. Starosolsky & Associates, P.C.
116 John Street, Suite 1705
New York, NY 10038

*Attorneys for Accurate Medical, P.C., Quality Medical Health Care Provider, P.C., J P Medical, P.C., and Hisham Elzanaty*

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ Jay Shapiro
Jay Shapiro
575 Madison Avenue
New York, New York 10022

*Attorneys for State Farm Mutual Automobile Insurance Company.*

**LIPPMAN KRASNOW & KELTON LLP**

By: /s/ David T. Verschell
David T. Verschell, Esq.
Lippman Krasnow & Kelton LLP
380 Lexington Ave., Suite 3620
New York 10168

*Attorney for David M. Burke, M.D.*

**KAISER SAURBORN & MAIR, P.C.**

By: /s/ David N. Mair
David N. Mair
Kaiser Saurborn & Mair, P.C.
20 Exchange Place
New York, New York 10005

*Attorney for Jadwiga Pawlowski, M.D.*

The Clerk is directed to administratively close this case.

SO ORDERED:

S/ENV
_____
U.S.D.J.

Dated: JUN 1 1 2008